NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRONE GRIMES,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-1663
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )


Opinion filed February 15, 2019.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Tanya M. Dugree of Tanya M. Dugree,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.